**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 16, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00555-CR

---

### IN RE ANTHONY RICHARD WOODARD, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1390747**

---

## MEMORANDUM OPINION

On June 30, 2015, relator Anthony Richard Woodard filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel Stan Stanart, Harris County Clerk, to transmit to the Court of Criminal Appeals a copy of relator's application for writ of habeas corpus, any answers filed, and a certificate reciting the date upon which the trial court found that no controverted,

previously unresolved facts material to the legality of relator's confinement exist. *See* Tex. Code Crim. Proc. Ann. art. 11.07 § 3(c) (West 2015).

This court's mandamus jurisdiction is governed by Section 22.221 of the Texas Government Code. Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to: (1) writs against a district court judge or a county court judge in the court of appeals' district; and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. The county clerk is not a district court or county court judge in this court's district, and relator has not shown that the issuance of a writ compelling the requested relief is necessary to enforce this court's appellate jurisdiction.

Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.

Do Not Publish — Tex. R. App. P. 47.2(b).